BENJAMIN POSNER and HARRY WALKER, Copartners, etc., Appellants, v. JACOB BENJAMIN and Others, Respondents.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of the plaintiffs for the relief demanded in the complaint, with costs. The findings of the trial court are reversed and plaintiffs' proposed findings are found. We think the evidence was sufficient to show a contract for the work done for the price mentioned. That the work was done at Mr. Benjamin's request is not disputed, and there is no claim of failure to perform. There is evidence showing the reasonable value of the work done and materials furnished, and, under the circumstances disclosed by the record, plaintiffs would be entitled to recover the reasonable value thereof, even though a special contract is pleaded. (*Sussdorff* v. *Schmidt*, 55 N. Y. 319.) Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PETRUCCI, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Lazansky, J., absent and not voting.

WILLIAM ROSENSTEIN, Appellant, v. SAMUEL SCHNEIDERMAN, Respondent.— Order of the County Court of Kings county granting defendant's motion to dismiss amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Jaycox, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents.

RUTHSONIA, INC., Appellant, v. ASSOCIATED ENTREPRENEURS, INC., Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

SAMUEL SAVIN, Appellant, v. MICHAEL DI MENNA and LOUISAN REALTY CORPORATION, Respondents.— Order granting defendants' motion for judgment on the pleadings, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RUBIN SUNSHINE, Respondent, v. ROSIE TOBIAS and MORRIS TOBIAS, Appellants, and Others, Defendants.— Order denying motion to open default, and order denying motion for reargument of said motion, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

IDA E. THOMAS, Respondent, v. F. ROEBLING GEYSER, Appellant.— Order denying motion for judgment dismissing complaint affirmed, with ten dollars costs and disbursements. Whether the Statute of Limitations* is applicable is a question of fact to be determined upon a trial of the action. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

LESTER D. VOLK, as Trustee in Bankruptcy of ELIAS BURAK, Bankrupt, Respondent, v. ELIAS BURAK, Also Known as ELIO BORAK, and Another, Appellants.— Order denying defendants' motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

---

* See Civ. Prac. Act, § 50, subd. 1 (malpractice); Rules Civ. Prac. rule 107, subd. 6.— [REP.